An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

CHELSEA HENNESSEY; AND
GERALD HENNESSEY,

        Appellants,

vs.

GREEN TREE SERVICING, LLC,

        Respondent.

No. 68162

**FILED**

JUL 09 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is an appeal from a district court order granting a petition for judicial review in a foreclosure mediation matter. Eighth Judicial District Court, Clark County; Kathleen E. Delaney, Judge. Appellants are proceeding in pro se pursuant to this court's pilot program for civil litigants proceeding without counsel.

Our review of the docketing statement and the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, it appears that appellants are not an aggrieved party with standing to appeal. *See* NRAP 3A(a); *Valley Bank of Nev. v. Ginsburg,* 110 Nev. 440, 874 P.2d 729 (1994). Appellants filed a petition for judicial review requesting that a Certificate of Foreclosure not be issued. The district court granted the petition and denied issuance of the certificate. Appellants obtained the relief they sought; accordingly, we conclude that we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.

                         _____, J.
                         Saitta

_____, J.              _____, J.
Gibbons                            Pickering

SUPREME COURT
OF
NEVADA

(O) 1947A

15-20855

cc:    Hon. Kathleen E. Delaney, District Judge
Chelsea Hennessey
Gerald Hennessey
Malcolm Cisneros
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A